**No. 61625.**—American Almond Products Co., Inc. *v.* United States, protest 306031–K (A) (New York).

Opinion by DONLON, J.  Plaintiff having raised no objection and following *The Best Foods, Inc.* v. *United States* (37 Cust. Ct. 1, C. D. 1791), the motion was granted.

**No. 61626.**—J. J. Boll *v.* United States, protest 307508–K (New York).

Opinion by DONLON, J.  On motion of defendant, the protest was dismissed for lack of prosecution.

**No. 61627.**—Hudson Shipping Co., Inc. *v.* United States, protest 309429–K (New York).

Opinion by DONLON, J.  On motion of defendant, the protest was dismissed for lack of prosecution.

**No. 61628.**—Trans World International Service Co. *v.* United States, protest 307393–K (New York).

Opinion by DONLON, J.  Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE FIRST DIVISION, MARCH 6, 1958

**No. 61629.**—The Cody Mfg. Co., Inc., and Rohner Gehrig & Co., Inc. *v.* United States, protests 237910–K, etc. (New York).

Opinion by OLIVER, C. J.  In accordance with oral stipulation of counsel that the items in question are not, in fact, parts of dolls and that they are wholly of brass or base metal, not plated with platinum, gold, or silver, nor colored with gold lacquer, the claim of the plaintiffs was sustained.